# UNITED STATES DISTRICT COURT

<u>NORTHERN</u>         District of         <u>WEST VIRGINIA</u>

*U.S. DISTRICT COURT FILED AT WHEELING, WV DEC 16 2009 NORTHERN DISTRICT OF WV OFFICE OF THE CLERK*

| | |
|---|---|
| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| v. | (For **Revocation** of Probation or Supervised Release) |
| SHATIA J'NAE JETT | |

| | |
|---|---|
| Case No. | 5:08CR45 |
| USM No. | 06048-087 |

<u>Brendan S. Leary</u>
Defendant's Attorney

**THE DEFENDANT:**

X  admitted guilt to violation of        <u>General and Standard Conditions</u>        of the term of supervision.

☐  was found in violation of _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| <u>**Violation Number**</u> | <u>**Nature of Violation**</u> | <u>**Violation Ended**</u> |
|---|---|---|
| 1 | The defendant violated the General Condition and Standard Condition No. 8 by testing positive for cocaine on August 12, 2009, September 9, 2009, October 6, 2009 and October 10, 2009. | 10-10-2009 |

      The defendant is sentenced as provided in pages 2 through _____4_____ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

      It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:     <u>3858</u>

Defendant's Year of Birth     <u>1982</u>

City and State of Defendant's Residence:
<u>Steubenville, OH</u>

<u>December 15, 2009</u>
Date of Imposition of Judgment

*[signature]*
Signature of Judge

<u>FREDERICK P. STAMP, JR., U.S. DISTRICT JUDGE</u>
Name and Title of Judge

*December 16, 2009*
Date

AO 245D    (Rev. 09/08) Judgment in a Criminal Case for Revocations
            Sheet 2 — Imprisonment

DEFENDANT:        SHATIA J'NAE JETT
CASE NUMBER:      5:08CR45

# IMPRISONMENT

      The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:    credit for time served - forty-eight (48) hours

☐  The court makes the following recommendations to the Bureau of Prisons:

    ☐    That the defendant be incarcerated at FCI_____ or a facility as close to her home in_____ as possible;
    ☐    and at a facility where the defendant can participate in substance abuse treatment, including the 500-Hour Residential Drug Abuse Treatment Program, all as determined by the Bureau of Prisons.

        That the defendant be allowed to participate in any educational or vocational opportunities while incarcerated, as determined by the Bureau of Prisons.

☐  Pursuant to 42 U.S.C. § 14135A, the defendant shall submit to DNA collection while incarcerated in the Bureau of Prisons, or at the direction of the Probation Officer. (DNA collected November 13, 2008)

☐  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐    at _____ ☐ a.m. ☐ p.m.   on _____ .
    ☐    as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐    before 2 p.m. on _____ .
    ☐    as notified by the United States Marshal.
    ☐    as notified by the Probation or Pretrial Services Office.
    ☐    on _____, as directed by the United States Marshals Service.

## RETURN

I have executed this judgment as follows:

_____

    Defendant delivered on _____ to _____

at _____ ,   with a certified copy of this judgment.


_____
UNITED STATES MARSHAL


By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT:        SHATIA J'NAE JETT
CASE NUMBER:      5:08CR45

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :          Twelve (12) months

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the court.

☐     The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of

        future substance abuse. (Check, if applicable.)

☐     The above drug testing condition is suspended, based on the court's determination that this condition has been satisfied during

        a previous term of supervision. (Check, if applicable.)

X     The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☐     The defendant shall cooperate in the collection of DNA as directed by the probation officer unless previously collected by the

        Bureau of Prisons. (Check, if applicable.)

☐     The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, et.

        seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she

        resides, works, is a student, or was convicted of a qualifying offense. (Check, if applicable.)

☐     The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

        If this judgment imposes a fine or restitution, it is be a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

        The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1)     the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)     the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)     the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)     the defendant shall support his or her dependents and meet other family responsibilities;

5)     the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)     the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)     the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)     the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)     the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)   the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)   the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)   the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13)   as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT:                                    SHATIA J'NAE JETT
CASE NUMBER:                                  5:08CR45

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall participate in a program of testing, counseling and treatment for the use of alcohol or drugs, if so ordered by the Probation Officer.

Subject to fulfilling two conditions for entry, the defendant shall be placed at the community corrections center at Bannum Place of Wheeling, Wheeling, West Virginia, for a term of One Hundred Fifty (150) days, to commence as directed by the Probation Officer. During this placement the defendant shall follow all of the rules and regulations of Bannum Place of Wheeling and shall attend West Virginia Northern Community College for the Spring 2010 semester.